**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

December 30, 2008

United States District Court
Northern Illinois
219 South Dearborn Street
Chicago, IL 60604

RE: CV 08-03201 EMC  GERTHA WILKERSON-v-HONEYWELL INTERNATIONAL, INC.

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☐ Certified copy of Transferral Order.
- ☐ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by Gloria Acevedo
Case Systems Administrator

Enclosures
Copies to counsel of record

> Inasmuch as no objection is pending at this time, the stay is lifted.
>
> SEP 1 5 2008
>
> CLERK'S OFFICE
> JUDICIAL PANEL ON
> MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 8 2008

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION**

MDL No. 1957

(SEE ATTACHED SCHEDULE)

Filed: 9/15/08
Case#: 08cv5333
Judge: Gettleman

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On August 18, 2008, the Panel transferred 21 civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Robert W. Gettleman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Gettleman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of August 18, 2008, and, with the consent of that court, assigned to the Honorable Robert W. Gettleman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

> A CERTIFIED TRUE COPY
>
> SEP 1 5 2008
>
> ATTEST _____
> FOR THE JUDICIAL PANEL ON
> MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By s/ DOROTHY M. KELLER-FLOWERS
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: SEPTEMBER 22, 2008

**IN RE: AFTERMARKET FILTERS ANTITRUST
LITIGATION**

MDL No. 1957

### SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**      **CASE CAPTION**

CALIFORNIA NORTHERN

| | | | | |
|---|---|---|---|---|
| CAN | 3 | 08-2669 | Carlos Ponce, et al. v. Honeywell International, Inc., et al. | 08CV5331 |
| CAN | 3 | 08-3041 | G.S.G. Excavating v. Honeywell International, Inc., et al. | 08CV5332 |
| CAN | 3 | 08-3201 | Gertha Wilkerson v. Honeywell International, Inc., et al. | 08CV5333 |
| CAN | 3 | 08-3203 | Bobbi Cooper v. Honeywell International, Inc., et al. | 08CV5334 |
| CAN | 5 | 08-3096 | Bay Area Truck Services v. Champion Laboratories, Inc., et al. | 08CV5335 |

CONNECTICUT

| | | | | |
|---|---|---|---|---|
| CT | 3 | 08-764 | G.W.C. Distributors, Inc. v. Champion Laboratories, Inc., et al. | 08CV5336 |
| CT | 3 | 08-770 | David Stoll v. Honeywell International, Inc., et al. | 08CV5337 |
| CT | 3 | 08-797 | A&L Systems, Inc. v. Champion Laboratories, Inc., et al. | 08CV5339 |
| CT | 3 | 08-838 | Jerry Vandiver, et al. v. Champion Laboratories, Inc., et al. | 08CV5340 |
| CT | 3 | 08-901 | Bettendorf Transfer & Excavating, Inc., et al. v. Champion Laboratories, Inc., et al. | 08CV5341 |
| CT | 3 | 08-911 | Auto Pro LLC v. Chamption Laboratories, Inc., et al. | 08CV5342 |
| CT | 3 | 08-912 | Aaron Dunham v. Champion Laboratories, Inc., et al. | 08CV5343 |
| CT | 3 | 08-1116 | Associate Jobbers Warehouse, Inc. v. Champion Laboratories, Inc., et al. | 08CV5344 |
| CT | 3 | 08-1120 | Edward Colburn, et al. v. Champion Laboratories, Inc., et al. | 08CV5345 |
| CT | 3 | 08-1121 | Thomas Lown v. Champion Laboratories, Inc., et al. | 08CV5346 |
| CT | 3 | 08-1242 | David Boardman v. Champion Laboratories, Inc., et al. | 08CV5347 |

ILLINOIS SOUTHERN

| | | | | |
|---|---|---|---|---|
| ILS | 3 | 08-378 | Muralt's Inc., etc. v. Champion Laboratories, Inc., et al. | 08CV5348 |
| ILS | 3 | 08-387 | G&H Import Auto Inc. v. Champion Laboratories Inc., et al. | 08CV5349 |
| ILS | 3 | 08-392 | Mike's, Inc. v. Champion Laboratories, Inc., et al. | 08CV5351 |

NEW YORK SOUTHERN

| | | | | |
|---|---|---|---|---|
| NYS | 1 | 08-6553 | Robert A. Nilsen v. Champion Laboratories, Inc., et al. | 08CV5352 |